IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GONZALO G. RUIZ**                                                                          **PLAINTIFF**

**v.**                                                                 **CAUSE NO. 3:10-cv-0092-DPJ-FKB**

**BELK DEPARTMENT STORES, LP**                                       **DEFENDANT**

## AMENDED STATE COURT RECORD

COMES NOW, Belk Department Stores, LP ("Belk"), by and through their counsel of record, Carr Allison, and files this their Amended State Court Record, under Uniform Local Rule 5(b)(2) of the Northern and Southern District Court Rules of Mississippi, noting the following non-adjudicated motion:

Motion to Compel, filed October 27, 2009, attached as Exhibit "A."

RESPECTFULLY SUBMITTED, this the **16th** day of **February, 2010**.

                                                    BELK DEPARTMENT STORES, LP, Defendant

                               By:     CARR, ALLISON, Its Attorneys

                               By:     /s/ Thomas L. Carpenter
                                                  THOMAS L. CARPENTER, MB #9808

# CERTIFICATE OF SERVICE

I, THOMAS L. CARPENTER, of the firm of Carr Allison, do hereby certify that I have this day filed the foregoing ***AMENDED STATE COURT RECORD*** with the Clerk of the Court using the ECF system and that notification of such filing was sent electronically or by U.S. Mail, postage prepaid, to the following:

> James F. Beatty, Jr., Esquire
> 385B Highland Colony Parkway, Suite 501
> Ridgeland, MS 39157

> THIS, the **16th** day of **February, 2010.**

>                                             /s/ Thomas L. Carpenter
>                                             THOMAS L. CARPENTER

**CARR ALLISON**
Thomas L. Carpenter/MB#9808
14231 Seaway Road, Suite 2001
Gulfport, MS 39503
Phone: (228) 864-1060
Fax: (228) 864-9160
E-MAIL: tcarpenter@carrallison.com